UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-03325-MWC-SSC Date: October 15, 2026

Title Angel Emmanuel Aguilar-Martinez v. Acting or Current Warden, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause re Respondents' Failure to File an Answer**

On June 15, 2026, Petitioner Angel Emmanuel Aguilar-Martinez filed a *pro se* petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On August 3, 2026, Petitioner, through counsel, filed a motion for leave to amend the petition (ECF 14), which the Court granted (ECF 15). The Court also granted in part and denied in part Petitioner's application to file under seal the first amended petition (FAP) and supporting exhibits. (ECF 27.) The Court ordered Petitioner to file a redacted version of the FAP no later than October 6, 2026 and Respondents to file an answer to the FAP no later than October 13, 2026. (ECF 27 at 5.) The deadline to file an answer to the FAP has passed, and the Court has not received an answer or any other communication from Respondents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03325-MWC-SSC Date: October 15, 2026

Title Angel Emmanuel Aguilar-Martinez v. Acting or Current Warden, et al.

Accordingly, Respondents are ORDERED TO SHOW CAUSE, in writing, by **October 16, 2026, at 5:00 p.m.**, why the Court should not deem the amended petition unopposed based on Respondents' failure to file an answer.

If Respondents file an answer no later than **October 16, 2026, at 5:00 p.m.,** this order to show cause will be discharged automatically, and Respondents need not respond to it separately.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**